UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUCY ROCHES-BOWMAN,

                Plaintiff,

-against-

ARISTOTLE EVANS,

                Defendant.
------------------------------------------------------------X

**ORDER**

21 Civ. 05572 (KMK)(JCM)

        Defendant Aristotle Evans ("Defendant") moved by letter motion on August 14, 2023, for an order compelling Plaintiff Lucy Roches-Bowman ("Plaintiff") to produce documents regarding her divorce from non-party Patrick Bowman, and any immigration-related documents Plaintiff filed on his behalf. (Docket No. 54). Plaintiff filed her opposition to this request on August 21, 2023. (Docket No. 56). The Court heard oral argument on the parties' submissions on September 6, 2023. During oral argument, Defendant also advised the Court that Mr. Bowman failed to comply with a duly issued subpoena served at his last known address and that Defendant intends to move for relief therefrom.

        Upon careful consideration of the parties' respective positions, the Court hereby orders as follows:

(1) By September 13, 2023, Plaintiff shall provide Defendant with an affidavit confirming that: (i) her divorce from Mr. Bowman was uncontested; (ii) the divorce proceeding does not contain sworn testimony from Plaintiff, including by deposition or affidavit; and (iii) the grounds for Plaintiff's divorce from Mr. Bowman did not include allegations of cruel and inhuman treatment, or similar claims of emotional distress; and

(2) The parties are directed to further meet and confer regarding Defendant's request for immigration-related documents, and to file a joint letter advising the Court of the status of this dispute by September 14, 2023.

Dated: September 6, 2023
White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge