**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUCY ROCHES-BOWMAN,

                Plaintiff,
    -against-                                          21 **CIVIL** 5572 (KMK)

                                                          **JUDGMENT**

ARISTOTLE EVANS,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 19, 2024, Defendant's Motion for Summary Judgment is granted and Plaintiff's Motion for Summary Judgment is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York

       September 20, 2024

                                                           **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                                    **BY:**      *K. Mango*

                                                            **Deputy Clerk**